UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RIVERA; CARMEN MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA COMMUNITY HOUSING AGENCY, et al.,<br><br>Defendants. | No. 2:22-cv-0346 JAM DB PS<br><br>ORDER |

Plaintiffs George Rivera and Carmen Martinez are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Noticed for hearing before the undersigned on July 22, 2022, is defendants' motion to dismiss. (ECF No. 5.) Pursuant to Local Rule 230(c) plaintiffs were to file any opposition to defendants' motion "no later than fourteen (14) days after the motion was filed." Plaintiffs, however, have failed to file a timely opposition.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and

1

all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

In light of plaintiffs' pro se status, and in the interests of justice, the court will provide plaintiffs with an opportunity to show good cause for plaintiffs' conduct along with a final opportunity to oppose defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution;

2. The July 22, 2022 hearing of defendants' motion to dismiss (ECF No. 5) is continued to **Friday, September 2, 2022, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **August 19, 2022**, plaintiffs shall file an opposition or statement of non-opposition to defendants' motion[1]; and

4. Plaintiffs are cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED: July 18, 2022                    /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiffs no longer wish to pursue this civil action, plaintiffs may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.