UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RIVERA, | No. 2:22-cv-0346-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| GREENE, FIDLER & CHAPLAN, LLP, et al., | |
| Defendants. | |

Plaintiffs are proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 25, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 39. Defendant has filed objections to the findings and recommendations. ECF No. 41.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 25, 2025 (ECF No. 39), are adopted in full;

2. Defendant's Motion to Dismiss (ECF No. 32) is DENIED, and

3. The matter is referred back to the Magistrate Judge for all further pretrial proceedings, including conducting a status/scheduling conference.

IT IS SO ORDERED.

Dated:  **March 21, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE